IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT SCOTT WILCOX                                          PLAINTIFF
ADC #163497

v.                      No. 5:19-cv-288-DPM

DREW COUNTY SHERIFF'S
DEPARTMENT, and DREW COUNTY
CIRCUIT COURT                                                DEFENDANTS

## JUDGMENT

Wilcox's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 October 2019